# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUINTON TRAYVON SIMPSON, ) <br> ) <br> Defendant. ) | Case No. CR-22-139-C |

## ORDER GRANTING DEFENDANT'S *UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND EXTEND DEADLINES TO FILE MOTIONS*

*Motion to Continue Jury Trial and Extend Time within which to File Pretrial Motions and Notices,* as filed on May 25, 2022, is hereby GRANTED as set forth herein:

1. The Court finds the seventy (70) day time limit as prescribed in the Speedy Trial Act is not implicated by a continuance of this case to the July 2022 Jury Trial docket.

2. Further, the Speedy Trial Act gives this Court the discretion to "accommodate limited delays for case-specific needs." *Zedner v. United States,* 547 U.S. 489, 499 (2006). The Court finds the denial of the *Motion* under the facts of this case would unreasonably deny the defendant reasonably time necessary for effective preparation, taking into account the exercise of due diligence by Counsel.

3. The Court finds no reason to deny the defendant additional time to investigate and discuss the case with his counsel given the minimal amount of time provided between defense counsel's appointment and the trial docket, July 2022.

4. The facts of this case justify an ends of justice determination that a continuance to the July 2022 trial docket "outweighs the best interest of the

publica and the defendant in a speedy trial." *United States v. Toombs,* 574 F.3d 1262, 1273 (10th Cir. 2009) (citing 18 U.S.C. § 3161(h)(7)(A)).

5. The period of delay caused by the granting of the *Motion to Continue* on this ground is excludable for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161 (h)(7)(B)(iv).

This case is hereby continued to the Court's July 2022 jury trial docket. The deadline for filing notices and pretrial motions is hereby extended to the 1st day of July 2022.

**IT IS SO ORDERED** this 26th day of May 2022.

ROBIN J. CAUTHRON
United States District Judge